**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Oleg Afentyev,

        Plaintiff,                    Civil No. 08-90 (RHK/AJB)

vs.                                **DISQUALIFICATION AND**
                                     **<u>ORDER FOR REASSIGNMENT</u>**

Denise Frazier, et al.,

        Defendants.

       The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

       **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

       **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  January 9, 2008

                                                         s/Richard H. Kyle
                                                         RICHARD H. KYLE
                                                         United States District Judge